# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LEA GASSAWAY,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-01435 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF CYNTHIA LEA GASSAWAY AND AGAINST DEFENDANT, NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY |

Cynthia Lea Gassaway initiated this action seeking review of the administrative decision denying her application for Social Security benefits. On April 13, 2017, Plaintiff and Defendant stipulated to a voluntary remand of Plaintiff's Social Security appeal for further administrative proceedings. (Doc. 10)

The parties seek remand for "the Commissioner [to] conduct any necessary further proceedings and issue a new decision with evidentiary support for the findings." (Doc. 10 at 1) In addition, the parties want the ALJ to "further consider all medical evidence of record when determining any residual functional capacity (RFC)." (*Id.*) Finally, the parties stipulated for the matter to be remanded under sentence four of 42 U.S.C. § 405(g), and request final judgment be entered in favor of Plaintiff.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.

1

(*Id.* at 2)

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Cynthia Gassaway and against Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **April 14, 2017**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE