# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GASSAWAY,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. 1:16-cv-01435-JLT<br><br>**ORDER GRANTING STIPULATION RE:<br>FEES AND COSTS<br>(Doc. 19)** |

Pursuant to the parties' joint stipulation and request, the Court's order of July 31, 2017 (Doc. 18) is **AMENDED** as follows:

1.     The request for costs is **GRANTED** in the modified amount of $400, payable pursuant to 31 U.S.C. § 1304;

2.     The request for attorney's fees is **GRANTED** in the modified amount of $2,397.75, payable pursuant to 28 U.S.C. § 2412.

3.     The amount **SHALL** be paid to Plaintiff's counsel pursuant to her fee assignment if the Department of the Treasury determines that Plaintiff does not owe a federal debt.

IT IS SO ORDERED.

Dated:   **August 4, 2017**             **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE